UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA LaBRECQUE, as mother and Next friend of T.N., | ) ) ) |
| Plaintiff | ) ) |
| v. | ) Civil No. 06-56-P-S ) |
| SCHOOL ADMINISTRATIVE DISTRICT NO. 57, | ) ) ) ) |
| Defendant | ) |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 14) filed May 2, 2006, the Recommended Decision is AFFIRMED.

Accordingly, it is ORDERED that Motion to Remand to State Court (Docket No. 11) is DENIED. Civil docket numbers 06-16-P-S and 06-56-P-S are now consolidated, with the lead case being 06-16-P-S.

      /s/ George Z. Singal
Chief United States District Judge

Dated this 22nd day of May, 2006.